# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>SAUL DEMETRIOS BARRIOS,<br><br>                              Defendant. | Case No. 13cr3932-MMA<br>*Related Civil Case No. 20cv939-MMA*<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW 2255 MOTION**<br><br>[Doc. No. 110] |

On May 24, 2016, Defendant Saul Demetrios Barrios pleaded guilty to possessing with intent to distribute methamphetamine, in violation of Title 21, United States Code, section 841(a)(1), and to being a felon in possession of a firearm, in violation Title 18, sections 922(g)(1) and 924(a)(2). *See* Doc. No. 78. On March 6, 2017, the Court sentenced Defendant to a 188-month custodial term. *See* Doc. No. 90. Defendant, proceeding *pro se*, filed a motion to vacate his conviction and sentence pursuant to Title 28, section 2255 ("2255 motion"). *See* Doc. No. 92. The government filed a response in opposition to Defendant's motion. *See* Doc. No. 97.

Defendant, proceeding through counsel, now moves to withdraw his 2255 motion. *See* Doc. No. 110. Defendant makes this request "[i]n light of respondent's opposition to his motion under 28 U.S.C. § 2255 and the terms of his plea agreement." *Id*. at 1.

Upon due consideration, good cause appearing, the Court **GRANTS** Defendant's motion to withdraw his 2255 motion. Because the Court did not reach the merits of Defendant's 2255 motion, any future 2255 motion will not be considered a "second or successive" motion. See 28 U.S.C. 2255(h); *see generally Castro v. United States*, 540 U.S. 375 (2003). However, any future collateral challenge to his conviction and sentence based on the Supreme Court's June 21, 2019 opinion in *Rehaif v. United States*, 588 U.S. ___ , 139 S. Ct. 2191 (2019), will be barred by the applicable statute of limitations absent equitable tolling or some other exception. See 28 U.S.C. § 2255(f).

Accordingly, the Court **DIRECTS** the Clerk of Court to administratively terminate Defendant's 2255 motion [Doc. No. 92] and terminate the related civil action [Case No. 20cv939-MMA].

**IT IS SO ORDERED**.

DATE: September 15, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge